**Dismissed and Memorandum Opinion filed October 31, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00481-CV

_____

### DENIS J. SIMON, Appellant

### V.

### TEXAS DEPARTMENT OF AGING & DISABILITY SERVICES, Appellee

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2012-17747**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a final judgment signed March 4, 2013. Appellant filed a timely motion for new trial, which was overruled by operation of law. Appellant filed a timely notice of appeal on May 28, 2013. The clerk's record was filed July 22, 2013. The official court reporter notified this court that no reporter's record was taken in this case. Accordingly, appellant's brief was due August 21, 2013, but it was not filed. *See* Tex. R. App. P. 38.6(a). Appellant did not request an extension of time to file the brief. *See* Tex. R. App. P. 38.6(d).

In addition, our records show that appellant has neither established indigence nor paid the $175.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007) (listing fees in court of appeals); Tex. Gov't Code § 51.207 (same). On June 18, 2013, this court notified appellant that the filing fee was past due, but appellant filed no response.

On October 1, 2013, this court ordered appellant to pay the appellate filing fee and file appellant's brief on or before October 21, 2013, or the appeal would be dismissed. *See* Tex. R. App. P. 42.3. Appellant's only response to this court's order was to file another copy of his notice of appeal on October 16, 2013. Appellant has not paid the appellate filing fee, filed his brief, or requested an extension of time to file his brief.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Donovan, and Brown.

2